Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRITTNEY MENEFEE, as legal guardian of T.D.F., a minor,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TACOMA SCHOOL DISTRICT NO. 10; a public corporation; SANDRA HOLMES, individually; STEVEN HOLMES, an individual, JANE AND JOHN DOES 1-7,<br><br>　　　　Defendants. | No. 3:17-cv-06037-BHS<br><br>NOTICE OF APPEARANCE |

TO:　　　　CLERK OF COURT

AND TO:　　ALL PARTIES AND THEIR COUNSEL

　　PLEASE TAKE NOTICE: the appearance of Steven Holmes, without waiving objections, including without limitation any objection as to improper service, jurisdiction, and venue, or compliance with the Notice of Claim requirements, is hereby entered by Patricia K. Buchanan and Patterson Buchanan Fobes & Leitch, Inc., P.S. Service of all further pleadings, notices, documents, or other papers, exclusive of original process, may be had by serving counsel at the address below stated.

NOTICE OF APPEARANCE - 1
663785

PATTERSON BUCHANAN
FOBES & LEITCH, INC., P.S.

2112 Third Avenue, Suite 500, Seattle WA 98121
Tel. 206.462.6700　Fax 206.462.6701

1     DATED this 17th day of January, 2018.
2
3                     PATTERSON BUCHANAN
                    FOBES & LEITCH, INC., P.S.
4
5           By: *s:/ Patricia K. Buchanan*
              Patricia K. Buchanan, WSBA No. 19892
6               Of Attorneys for Defendants
              2112 Third Ave., Suite 500
7               Seattle, WA 98121
              Phone: 206-462-6700
8               pkb@pattersonbuchanan.com

NOTICE OF APPEARANCE - 2
663785

PATTERSON BUCHANAN
FOBES & LEITCH, INC., P.S.

2112 Third Avenue, Suite 500, Seattle WA 98121
Tel. 206.462.6700 Fax 206.462.6701

# **CERTIFICATE OF SERVICE**

I, Lauren M. Brown, hereby declare that on this 17th day of January, 2018, I caused to be delivered via the method listed below the document to which this Certificate of Service is attached (plus any exhibits and/or attachments) to the following:

| ATTORNEY NAME & ADDRESS | METHOD OF DELIVERY |
|---|---|
| Darrell Cochran<br>Kevin Hastings<br>Pfau Cochran Vertetis Amala PLLC<br>911 Pacific Avenue, Suite 200<br>Tacoma, WA 98402 | ■ ECF<br>  ABC Legal Messenger Service<br>  Regular U.S. Mail<br>  Other: _____ |

I certify under penalty of perjury, under the laws of the State of Washington, that the foregoing is true and correct.

DATED this 17th day of January, 2018 at Seattle, Washington.

*S:/ Lauren M. Brown*
Lauren M. Brown
Legal Assistant

NOTICE OF APPEARANCE - 3
663785