Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

BRITTNEY MENEFEE, as legal guardian of T.D.F., a minor,

Plaintiff,

v.

TACOMA SCHOOL DISTRICT NO. 10; a public corporation; SANDRA HOLMES, individually; STEVEN HOLMES, an individual, JANE AND JOHN DOES 1-7,

Defendants.

No. 3:17-cv-06037-BHS

[ ] STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

COME NOW the parties, by their own signatures and/or through their undersigned counsel and hereby notify the Court that this matter has been settled between them. Accordingly, the parties now request that this Court enter the following stipulation and close this case.

IT IS HEREBY STIPULATED AND AGREED by all of the parties through their undersigned counsel, that this action, including all claims, counterclaims and cross-claims, is dismissed with prejudice in its entirety, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

IT IS FURTHER STIPULATED AND AGREED that each party is to bear his, her, or its own costs and attorneys' fees.

] STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE- 1
3:17-cv-06037-BHS
719386

PATTERSON BUCHANAN
FOBES & LEITCH, INC., P.S.

2112 Third Avenue, Suite 500, Seattle, WA, 98121
Tel. 206.462.6700 · Fax 206.462.6701

PATTERSON BUCHANAN
FOBES & LEITCH, INC., P.S.

_____
Patricia K. Buchanan, WSBA No. 19892
Timothy H. Campbell, WSBA No. 46764
Attorneys for Defendants Tacoma School
District No. 10 and Steven Holmes
2112 Third Avenue, Suite 500
Seattle, WA 98121
pkb@pattersonbuchanan.com
thc@pattersonbuchanan.com

PFAU COCHRAN VERTETIS AMALA
PLLC

_____
Darrell L. Cochran, WSBA No. 22851
Kevin M. Hastings, WSBA No. 42316
Cole B. Douglas, WSBA No. 49786
Attorney for Plaintiff
Pfau Cochran Vertetis Amala PLLC
911 Pacific Ave, Suite 200
Tacoma, WA 98402
darrell@pcvalaw.com
kevin@pcvalaw.com

KEATING BUCKLIN & McCORMACK, INC., P.S.

_____
Shannon M. Ragonesi, WSBA No. 31951
Attorney for Defendant Sandra Holmes
Keating Bucklin & McCormack, Inc., P.S.
801 2nd Ave, Ste. 1210
Seattle, WA 98104
sragonesi@kblmlawyers.com

TUFTS LAW

_____
Douglas Tufts, WSBA No. 5490
Attorney for Plaintiff
2518 N. Adams Street
Tacoma, WA 98406

**IT IS SO ORERED:**

DATED this 3 day of August, 2018.

_____
HON. BENJAMIN H. SETTLE
United States District Court Judge

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE- 2
3:17-cv-06037-BHS
719386